E-FILED 6/8/18

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

UNITED STATES OF AMERICA,  ) No.: EDCV 18-00367-PSG (KKx)
                            )
          Plaintiff,        )
                            ) [PROPOSED]
     vs.                    )
                            ) CONSENT JUDGMENT
$28,381.00 IN U.S. CURRENCY,)
                            )
          Defendants.       )
_____)

//

//

//

Plaintiff United States of America ("the government") and potential claimant Yousef Abbassi ("Potential Claimant Abassi") have made a stipulated request for the entry of this consent judgment of forfeiture, resolving all interests that Potential Claimant Abassi may have had in the defendant, $28,381.00 in U.S. Currency (the "defendant currency").

This civil forfeiture action was commenced on February 21, 2018.  Dkt. No. 1.  Notice was given and published according to law.  Potential Claimant Abassi is the only party with an interest in the defendant currency.  No claims or answers were filed and the time for filing claims and answers has expired. Absent this settlement, Potential Claimant Abassi would have filed a claim and answer and, in light of the settlement, is excused from his obligation to do so.

The Court has been duly advised of and considered the matter.  Good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that $18,447.65 of the defendant currency, plus all interest earned on the entirety of the defendant currency since seizure, is hereby forfeited to the United States, and no other right, title or interest shall exist therein.  The remaining $9,933.35 of the defendant currency, without interest, shall be paid via ACH transfer to Potential Claimant Abassi's attorney, Aaron L. Turner, Esq., at the Law Offices of Aaron L. Turner, 357 W. 2nd Street, Suite 10, San Bernardino, California 92401.  Mr. Turner shall provide the information necessary to facilitate such payment according to law.

The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action.  This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency.


DATED: ___6/8___ , 2018

PHILIP S. GUTIERREZ
_____
THE HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE


Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


   /s/ _Frank D. Kortum_
_____
FRANK D. KORTUM
Assistant United States Attorney


Attorney for Plaintiff
UNITED STATES OF AMERICA